AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| | ) Case No. MJ19-487 |
| A Facebook Account | ) |
| more fully described in Attachment A | ) |
| | ) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

A Facebook Account more fully described in Attachment A.

located in the _____Western_____ District of _____Washington_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B for a List of Items to be Seized.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1); | Distribution of and Possession with Intent to Distribute Controlled Substances; |
| 18 U.S.C. 922(g)(1); | Felon in Possession of a Firearm; |
| 18 U.S.C. 924(c) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime |

The application is based on these facts:

Please see the Affidavit of Special Agent Angelo Salcepuedes(ATF)

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

SA Angelo Salcepuedes (ATF)
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____10/10/2019_____

_____
*Judge's signature*

City and state:  Seattle, Washington

Mary Alice Theiler, United States Magistrate Judge
_____
*Printed name and title*

USAO No. 2019R00601

1
**AFFIDAVIT OF SPECIAL AGENT ANGELO SALCEPUEDES**

2

3 STATE OF WASHINGTON            )

4                                             )            ss

5 COUNTY OF KING                    )

6

7        I, Angelo  Salcepuedes, a Special Agent with the United States Department of

8 Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives, having been duly sworn,

9 state as follows:

10                                    **INTRODUCTION**

11        1.        This Affidavit is submitted in support of an Application for a Search

12 Warrant to search the following Facebook account (hereinafter, the **SUBJECT**

13 **ACCOUNT**), more fully described in Attachment A (attached hereto and incorporated

14 herein), for the seizure of the items specified in Attachment B (attached hereto and

15 incorporated herein):

16

17        **SUBJECT ACCOUNT**:

18

19            Facebook Profile Name:            "Liam Groot"

20            Facebook Username:                stevienoel3

21            Facebook User ID No.:            100022615093853

22

23        The search of the **SUBJECT ACCOUNT** will be restricted as set forth in

24 Attachment B.

25                        **AFFIANT'S TRAINING AND EXPERIENCE**

26        2.        I am currently employed as a Special Agent with the ATF, and I am

27 assigned to the ATF Seattle's Violent Crime Task Force.  I have been employed with the

28

AFFIDAVIT OF ANGELO SALCEPUEDES - 1
USAO No. 2019R00601

1  ATF since March of 2015.  I received a Bachelor of Science degree in Criminal Justice
2  from the University of Guam in Mangilao, Guam.
3      3.    I received training at the Federal Law Enforcement Training Center in
4  Glynco, Georgia.  While there, I completed the Criminal Investigator Training Program
5  that provided instruction on basic criminal investigations involving narcotics, crime
6  scenes, and financial crimes that incorporate systematic techniques of interviewing,
7  evidence gathering, and surveillance.
8      4.    Additionally, I have completed the ATF Special Agent Basic Training
9  program at Glynco, Georgia.  This program covered extensive methodologies comprising
10 of firearms and ammunition identification, firearms trafficking, alcohol and tobacco
11 diversion investigations, explosives and arson investigations, and undercover operations.
12 I also received training in the recognition, identification and testing of controlled
13 substances as well as in common methods of trafficking in narcotics.  I have participated
14 in surveillance operations at known drug locations and have taken part in arrests for drug
15 related crimes.  Furthermore, I have participated in or executed search and seizure
16 warrants with respect to the manufacture and distribution of controlled substances.  As a
17 result of my training and experience, and based on my consultation with other agents and
18 law enforcement officers, I am familiar with the manner in which narcotics are
19 distributed and the various roles played by individuals and groups in their distribution.
20
21                    **PURPOSE OF AFFIDAVIT**
22      5.    This Affidavit is made in support of a search warrant for the **SUBJECT**
23 **ACCOUNT**, as further described in Attachment A.
24      6.    I make this Affidavit, in part, based on personal knowledge derived from
25 my participation in this investigation and, in part, based upon information gained from,
26 but not limited to, the following sources: (1) investigation conducted by other law
27 enforcement personnel, whose findings and observations have been reported to me either
28

AFFIDAVIT OF ANGELO SALCEPUEDES - 2
USAO No. 2019R00601

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   directly or indirectly; (2) statements of witnesses; (3) business and public records; and (4)
2   law enforcement database inquiries.

3        7.      The facts set forth in this Affidavit are based on my own personal
4   knowledge; knowledge obtained from other individuals during my participation in this
5   investigation, including other law enforcement officers; review of documents and records
6   related to this investigation; communications with others who have personal knowledge
7   of the events and circumstances described herein; and information gained through my
8   training and experience.

9        8.      Because this Affidavit is offered for the limited purpose of establishing
10  probable cause in support of the application for a search warrant, it does not contain all of
11  the information that the government possesses related to this investigation. I have set
12  forth only the facts that I believe are necessary to the determination of probable cause to
13  believe that the locations to be searched contain evidence, fruits, and instrumentalities of
14  the following crimes:  Title 18, United States Code, Section 922(g)(1) (Felon in
15  Possession of a Firearm); Title 21, United States Code, Sections 841(a)(1) and 846
16  (Distribution of Controlled Substances and Conspiracy to Distribute Controlled
17  Substances); and Title 18, United States Code, Section 924(c) (Possession of a Firearm in
18  Furtherance of a Drug Trafficking Crime).

19
20                    **INVESTIGATION AND PROBABLE CAUSE**
21
22  **Background**

23       1.      During the first quarter of 2018, ATF Task Force Officers (TFOs) Eshom
24  and Steffes contacted Kent PD Confidential Informants (CIs) 18-6 and 18-7.[1]
25
26
27  _____

[1] Both CIs were working for monetary consideration. Both CIs had multiple felony and misdemeanor convictions,
28  including convictions for crimes of dishonesty and controlled substance violations.

AFFIDAVIT OF ANGELO SALCEPUEDES - 3            UNITED STATES ATTORNEY
USAO No. 2019R00601                            700 STEWART STREET, SUITE 5220
                                               SEATTLE, WASHINGTON 98101
                                               (206) 553-7970

2.      Both CI's 18-6 and 18-7 supplied TFOs Eshom and Steffes with information about a gang of white supremacists who went by the collective name of "F--- Pigs" and the "No Remorse Crew." Both TFOs were familiar with the "F--- Pigs" gang from prior investigations. The CIs indicated that the "F--- Pigs" group is heavily involved in the trafficking of narcotics and firearms, fraud, robberies and violent assaults, which was consistent with TFO Eshom and Steffes's understanding.

3.      One of the "Fuck Pigs" members with whom the CIs associated was STEPHEN NOEL. TFO Steffes is familiar with NOEL through other investigations and able to recognize him on sight. The CIs stated NOEL sold large amounts of heroin and methamphetamine. They also said NOEL trafficked in "high volume" amounts of firearms.

4.      NOEL is an 11-time convicted felon, with prior convictions for Assault in the Second Degree, Assault in the Third Degree, Possession of a Stolen Vehicle, Attempt to Elude (twice), Violations of the Uniform Controlled Substances Act (four times), Burglary in the First Degree, and Taking a Motor Vehicle without Permission.

5.      On August 31, 2014, NOEL was sentenced to 100 months in prison for felony convictions for Burglary in the First Degree and "UMCS, Meth" (believed to be an acronym/abbreviation for Unlawful Manufacturing of a Controlled Substance: Methamphetamine) in Pierce County Superior Court. The judgment and sentence for that the sentence was imposed during a sentencing hearing at which NOEL was present.

6.      I consulted with Auburn PD Detectives Crawford and Lindgren. They were also familiar with NOEL and knew him to live at 110 60th Street Southeast in Auburn, Washington. The Auburn detectives had seen NOEL drive a white Crown Victoria bearing WA BHY2490 on numerous occasions.

//

//

AFFIDAVIT OF ANGELO SALCEPUEDES - 4
USAO No. 2019R00601

**Controlled Buy #1 in February 2018**

7.     On February 13, 2018, TFO Steffes met with CI 18-7.  He searched the CI and found no drugs, money, or contraband on his/her person.  He issued the CI $420.00 in police buy money, taking a photograph for reference.

8.     The CI contacted NOEL at phone number 253-326-2743.  The CI arranged to purchase a quarter ounce of heroin from NOEL at the Outlet Collection, 1101 Outlet Collection Way in Auburn, Washington.

9.     Auburn PD detectives took a surveillance position which allowed them visual of 110 60th Street Southeast.  Detective Crawford observed NOEL get into the front driver's seat of his Crown Victoria, while two females got into the passenger side seats.  Detective Crawford observed NOEL drive away from his residence.

10.     Members of the detail got in surveillance positions around the southern end of the mall parking lot.  Shortly thereafter, TFO Steffes observed NOEL arrive, still driving the Crown Victoria.  He deployed the CI and maintained a visual of the him/her throughout the operation.  He watched as the CI made contact with NOEL via the front driver side door.  At no time did the CI enter the Crown Victoria or make contact with either female on the passenger side.  After a few minutes, TFO Steffes observed the CI and NOEL make a hand-to-hand transaction.

11.     Members of the detail attempted to conduct mobile surveillance on NOEL as he left the area.  However, TFO Steffes called off the following surveillance, as NOEL displayed counter-surveillance behavior (sometimes referred to as "heat checks").

12.     The CI returned to TFO Steffes and handed him suspected black tar heroin.  TFO Steffes took the suspected heroin as evidence.  He searched the CI and found no drugs, money, or contraband.  The CI stated he/she paid Noel the $420.00 buy money in exchange for the suspected heroin.

13.     Upon his return to the police station, TFO Steffes field-tested the suspected heroin, with inconclusive results.  The sample sluggishly tested positive but did not have the smell of heroin.  TFO Steffes weighed the drug (about 2.9 grams without packaging)

1    and placed it in evidence. The sample was sent to the Washington State Patrol Crime

2    Laboratory where it was analyzed and found to contain heroin.

3

4    **Controlled Buy #2 in February 2018**

5        14.    On February 16, 2018, TFOs Eshom and Steffes met with King County

6    Sheriff's Office (KCSO) CI MV1801.[2]  He/she was also familiar with NOEL, whom

7    he/she identified through a photograph, and gave the TFOs similar information as CI 18-

8    7.  The CI stated he/she could purchase narcotics from NOEL at the address at 110 60th

9    Street SE in Auburn.

10       15.    Detective Eshom searched the CI and found no drugs, money, or

11   contraband.  He issued the CI $100.00 in buy money.

12       16.    Members of the law enforcement detail established positions around 110

13   60th Street SE.  Detective Crawford again watched the front and immediate areas

14   surrounding 110 60th Street SE.  TFO Steffes deployed the CI, who walked directly to

15   110 60th Street SE and went inside.  Several minutes later, the CI exited the residence

16   and returned to TFOs Eshom and Steffes.  The CI immediately handed TFO Eshom a

17   baggie of suspected crystal methamphetamine.

18       17.    TFO Eshom searched the CI and found no drugs, money, or contraband.

19   The CI said he/she entered the residence and made contact with NOEL in his upstairs

20   bedroom.  The CI said he/she gave NOEL the $100.00 buy money in exchange for the

21   suspected methamphetamine.

22       18.    Upon his return to the police station, Detective Eshom field-tested the

23   crystalline substance in accordance with the protocol established by the Washington State

24   Patrol Crime Laboratory, with positive results for methamphetamine.  He weighed the

25

26

27   _____

28   [2] KCSO CI MV1801 was working for monetary consideration.  He/she has multiple felony and misdemeanor
     convictions, including convictions for crimes of dishonesty and controlled substance offenses.

AFFIDAVIT OF ANGELO SALCEPUEDES - 6
USAO No. 2019R00601

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  methamphetamine at approximately 1.9 grams without packaging and placed it in
2  evidence.

3      19.    After these two controlled buys, the CIs were unable to contact NOEL to
4  purchase additional narcotics.  Eventually, TFO Steffes was unable to reestablish contact
5  with the three CIs.  For several months, NOEL's whereabouts were unknown.

6

7  **Arrest of Stephen NOEL on May 11, 2019**

8      9.    On May 11, 2019, Algona PD Officers Schreck and McKay were working a
9  two-man traffic emphasis patrol in Algona, Washington.  Officer Schreck observed a
10  white Mercedes SUV, bearing Oregon license plate 831KMQ, parked in front of a
11  residence at 806 Celery Avenue in Algona.  Both officers were familiar with this
12  residence due to its high amount of narcotics and crime activity.

13      10.    Officer Schreck ran the Mercedes' license plate and found it was reported
14  stolen out of Oregon, documented under Portland PD incident number 19-680465.  She
15  observed the driver of the Mercedes (later identified as Stephen NOEL) make a U-turn
16  and leave the aforementioned residence.  The officers began to follow the Mercedes as it
17  entered southbound SR167.  They stopped the Mercedes just north of the Jovita
18  Boulevard exit.  NOEL exited the stolen vehicle and was detained.  He was found to be
19  the sole occupant in the vehicle.  NOEL was placed under arrest for Possession of a
20  Stolen Vehicle.  He was denied booking at the King County Jail due to a medical issue.

21      11.    The Mercedes was impounded at a secure location, as there was no clear
22  consent to search the vehicle noted in the law enforcement database.  Evidence seals were
23  placed on the Mercedes.

24      12.    On May 15, 2019, Officer Schreck contacted the registered owner of the
25  stolen Mercedes.  She emailed a written consent to search form to Officer Schreck.

26      13.    Later that day, Officers Schreck and McKay responded to the secure
27  location where the Mercedes was stored.  The evidence seals were found intact.  Officer
28  Schreck located the following items of evidence in the Mercedes' interior compartments:

AFFIDAVIT OF ANGELO SALCEPUEDES - 7
USAO No. 2019R00601

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- A LG mobile phone (IMEI #35249-10-391508-2), in the center console area; and

- Two glass pipes wrapped in paper and tape, front passenger seat

14.   In the trunk of the Mercedes, Officer Schreck located the following items of evidence in a paper bag:

- A sticky note with "Stephen Noel 5703 184th Ave Ct E Bonney Lake 98391" written on it; and

- A mobile phone box, belonging to a device with the serial number 903CYQX391508, IMEI #35249-10-391508-2.

15.   The mobile phone box had the same IMEI number as the LG mobile phone located in the center console.

16.   Also in the trunk of the Mercedes, Officer Schreck found a Cannon camera bag, which contained the following:

- A Smith and Wesson 9mm SVD9E pistol, bearing serial number FZL8992;

- About 65.5 grams, without packaging, of suspected crystal methamphetamine;

- About 4.7 grams, without packaging, of suspected heroin;

- About 10.7 grams, without packaging, of an unknown white crystal and powder substance;

- Several individual small ziplock bags;

- Two glass pipes;

- A ZTE Qlink mobile phone;

- A Samsung Galaxy S7 mobile phone;

- An AWS digital scale; and

- Three Washington State Quest (EBT) cards;

AFFIDAVIT OF ANGELO SALCEPUEDES - 8
USAO No. 2019R00601

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

17.     The suspected methamphetamine was sent to the Washington State Patrol Crime Laboratory, where it was analyzed and found to contain methamphetamine.

18.     I know from my training and experience that 65.6 grams of methamphetamine is an amount consistent with distribution, not personal use.  I also know from my training and experience that individual small ziplock bags and digital scales are items commonly used to distribute narcotics.

19.     The Smith and Wesson was determined to be a confirmed stolen out of a hotel room in Kent on December 23, 2018.  The theft was documented under Kent PD incident number 18-18700.

20.     The items recovered from the Mercedes were placed in Algona PD Evidence.

21.     Items of evidence were submitted to King County Regional Identification Program (AFIS) for fingerprint analysis.  No latent prints of comparison value were located on the stolen firearm or magazine.  Latent prints were located on the paper and tape wrapping of a glass pipe recovered from the passenger seat, but Stephen NOEL was excluded as the source of these prints.  The examination was inconclusive as to whether the prints could be identified to the Mercedes's registered owner.

22.     ATF Special Agent David Roberts reviewed photographs of the Smith and Wesson 9mm SVD9E pistol bearing serial number FZL8992.  SA Roberts has additional training in firearm identification and is considered an expert in determining the location where a firearm was manufactured.  SA Roberts determined that the pistol was not manufactured in the State of Washington and therefore must have traveled in interstate or foreign commerce in order to be possessed in the State of Washington.

**Search of Cell Phones Located in the Mercedes**

23.     On July 12, 2019, United States Magistrate Judge Mary Alice Theiler authorized a search warrant for the three cell phones that were seized from the Mercedes. TFO Steffes transferred custody of the phones to Kent PD Detective Afalava for extraction.

AFFIDAVIT OF ANGELO SALCEPUEDES - 9
USAO No. 2019R00601

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

24.     Detective Afalava successfully extracted content from the LG cell phone that was located in the Mercedes' center console area.  According to the extraction report, the LG phone was active from May 10, 2019, to May 11, 2019, which was the date of NOEL's arrest by Algona PD.  The following messages indicated that this phone belonged to NOEL:

- 5/10/19 @ 2145 hrs "This is Stevie" (to "Casey")

- 5/10/19 @ 1432 hrs "This is Stevie my new number" (to "Tristan")

- 5/10/19 @ 1315 hrs "It's Stevie my new number" (to 206-578-9025)

- 5/10/19 @ 1234 hrs "It's Stevie my new number" (to "Trav")

25.     There was nothing else of obvious evidentiary value on the LG phone.

26.     Detective Afalava also successfully extracted content from the Samsung Galaxy phone that was located in the camera bag that contained the firearm and drugs. Based on text messages and other notifications on the phone, the owner appeared to be "Joshua Perry."  There was a "selfie" photograph of a heavy-set white male located on the phone who did not appear to be NOEL.  The device had been active from March 30, 2019 to April 26, 2019, at which point the service ended.

27.     TFO Steffes utilized a law enforcement database and found Joshua Perry with a birthdate in 1978.  He obtained a driver's license photograph of Perry and compared it to the "selfie" photograph located on the Samsung phone.  He confirmed that the photographs depicted the same person and thus concluded that Perry was the owner of that phone.

28.     TFO Steffes obtained Perry's criminal history and found him to be a convicted felon for forgery.

29.     On July 30, 2019, SA Salcepuedes and TFO Steffes attempted to contact Perry at several of his last known addresses, without success.  TFO Steffes also attempted to contact Perry at his last known phone number, however, that phone number was out of service.

AFFIDAVIT OF ANGELO SALCEPUEDES - 10
USAO No. 2019R00601

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

30.     Detective Afalava was unable to extract content from the ZTE Qlink phone, the second phone located in the camera bag, because the phone was password protected. On July 31, 2019, TFO Steffes transferred custody of the ZTE Qlink to ATF evidence. ATF SA Catherine Cole was able to download the contents of the phone and provide an extraction report.

31.     On August 30, 2019, I reviewed the contents of the ZTE Qlink phone.  The phone contained Facebook Messenger data for an account that appeared to be active from at least October 2017 to April 2019.  The phone's Facebook Messenger account was associated with the Facebook profile name **"Liam Groot."**

**Evidence Associated with NOEL's Facebook Account: "Liam Groot"**

32.     As previously stated, TFO Steffes is familiar with NOEL's appearance from this investigation and others, and has reviewed NOEL's driver's license and booking photographs.  TFO Steffes searched Facebook for the profile name **"Liam Groot"** and immediately recognized the associated Facebook account as belonging to STEPHEN NOEL.  The **"Liam Groot"** Facebook profile picture was a photograph of NOEL sitting in a convertible with a pitbull dog.  TFO Steffes scrolled through the publicly available features of the **"Liam Groot"** Facebook account and observed numerous photographs of NOEL.

33.     The **"Liam Groot"** Facebook account is associated with the URL: www.facebook.com/stevienoel3, the Facebook username "stevienoel3," and the Facebook Profile ID Number is 100022615093853 (the **"SUBJECT ACCOUNT"**).

34.     The Facebook messenger threads stored on the Qlink phone included the following exchanges with the **SUBJECT ACCOUNT**.

//

//

AFFIDAVIT OF ANGELO SALCEPUEDES - 11
USAO No. 2019R00601

35. From user "E.M."[3]:
    - April 24, 2019: "STEVIE CALL ME PLEASE"
    - April 27, 2019: "Stevie I have $500 CALL ME"

36. From user "M.B.":
    - April 29, 2019: "I need to get something from ya tomorrow," to which **"Liam Groot"** replied: "Not now."

37. From user "D.G.":
    - April 11, 2019: "Where are you moving," to which **"Liam Groot"** replied: "Lake taps."

38. From user "C.J.":
    - April 25, 2019: "Wtf? Stevie."
    - April 25, 2019: "No. I didn't Stevie."
    - April 25, 2019: "Stevie…."
    - April 25, 2019: "Why? Why Stevie?"

39. From user "S.P.":
    - April 2, 2019: "U got a 50."

    - April 4, 2019: "Got a phone yet."

    - April 4, 2019: "Can u stop by? I need something."

    - April 4, 2019: "I need a 60," to which **"Liam Groot"** replied: "Still need that."

    - April 24, 2019: "Nothing. I need a 60 and I'm bored. U trying to kick it?," to which **"Liam Groot"** replied: "O us I can." "S.P." then wrote: "Oh that's fine.  Regardless I'm hella sick and need a 60."

---

[3] For privacy reasons, this affidavit uses initials rather than the full names of the message participants.

AFFIDAVIT OF ANGELO SALCEPUEDES - 12
USAO No. 2019R00601

40.     From my training and experience with narcotics investigations, I know that narcotics are frequently purchased by referencing their weight or their monetary value. In the context of the conversation above, S.P.'s reference to being "sick" likely refers to experiencing a narcotics withdrawal, and "I need a 60" likely refers to needing $60.00 worth of narcotics.

41.     On April 24, 2019, **"Liam Groot"** wrote to "S.P." as follows: "Cmy shot better be here sam" and "Where is my sh\*\*."[4] "S.P." replied: "What should are you talkin about?  I left everything as is.  The gun is on the table and there was three cellphones.  I left because I was starting to get hella dope sick." **"Liam Groot"** then stated: "My black pouch with all my sh\*\* in it" and "Really then I'll must come find u." S.P. then replied: "You took the black pouch with you you didn't leave it there why wouldn't have left because I was sick you took it with you." **"Liam Groot"** then wrote: "And I don't think you would steal sh\*\* from me I had to ask that way.  To see ur reaction its all good."

42.     On April 26, 2019, **"Liam Groot"** wrote S.P.: "You still owe me 50$ you took off with out paying me" and "Are you just going to ignore me I did u a favor." Later that day, **"Liam Groot"** wrote: "Can I come grab that money" to which S.P. replied "I have to meet up with my mom to grab a check that came in the mail and cash it ill have it in a couple hours."

43.     From my training and experience with narcotics investigations, I know that "clear" is a commonly used slang term for methamphetamine, that "dark" and "black" are commonly used slang terms for heroin, and that "dope" is a commonly used slang term for narcotics.  Similarly, a "ball" or a "zip" commonly refers to the weight of narcotics. For these reasons, the following Facebook messages on the **"Liam Groot" SUBJECT ACCOUNT** appear to be evidence of drug distribution:

---

[4] For purposes of this affidavit, the language of this message has been redacted.

AFFIDAVIT OF ANGELO SALCEPUEDES - 13
USAO No. 2019R00601

44.   From user "B.M.":

- March 3, 2019:  "Send number," to which **Liam Groot** replied "2533141142."

- March 8, 2019:   "I need a zip" and "Of clear."

45.   From user "G.C.":

- November 26, 2018, **Liam Groot** wrote:  "I have no ride but 275 is the lowest I can go," to which "G.C." responded:  "Never mind I got a homie driving me down 4 from Everett for 800."

- December 23, 2018, "G.C." said "I got these 30s and some black and clear," to which **Liam Groot** replied "How much is the 30s."

46.   From user "C.D."

- April 20, 2019:  "Give me your number" and "I need a ball of darkness whats my ticket," to which **Liam Groot** replied "160."

- April 22, 2019:  "Do u have a number? I need some clearing up" and "One whole day" and "I can meet you up right now."  **Liam Groot** replied:  "250 for the day."   "C.D." then asked "Where do I go," to which **Liam Groot** replied "Lake taps" and "5703 184th Ave Ct E."

47.   From user "J.B.":

- On March 13, 2019, "Liam Groot" wrote:  "Don't talk to me about f***ing dope on mother f***ing face book are you just f***ing stupid wtf," to which "J.B." replied:  "What I never said that word f***ing once. If u read it...but your message is good and mother f***in clear for someone who is f***ing stupid."

**Preservation of Facebook accounts**

48.   On August 30, 2019, TFO Steffes submitted a preservation request to Facebook for the **SUBJECT ACCOUNT**.  Facebook policy indicated that the company will preserve account data associated with the preservation request for at least 90 days.

AFFIDAVIT OF ANGELO SALCEPUEDES - 14
USAO No. 2019R00601

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## KNOWLEDGE FROM TRAINING AND EXPERIENCE

49.     Based on my training and experience as well as based on information I have received from other law enforcement officers, I know Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com.  Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

50.     Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter.  This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers (for password retrieval), physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.  Facebook also assigns a user identification number to each account.

51.     Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network.  Facebook assigns a group identification number to each group.  A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request."  If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other.  Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

52.     Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts.  By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including

AFFIDAVIT OF ANGELO SALCEPUEDES - 15
USAO No. 2019R00601

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  people who are not Facebook users.  A Facebook user can also create "lists" of Facebook

2  friends to facilitate the application of these privacy settings.  Facebook accounts also

3  include other account settings that users can adjust to control, for example, the types of

4  notifications they receive from Facebook.

5       53.    Facebook users can create profiles that include photographs, lists of

6  personal interests, and other information.  Facebook users can also post "status" updates

7  about their whereabouts and actions, as well as links to videos, photographs, articles, and

8  other items available elsewhere on the Internet.  Facebook users can also post information

9  about upcoming "events," such as social occasions, by listing the event's time, location,

10  host, and guest list.  In addition, Facebook users can "check in" to particular locations or

11  add their geographic locations to their Facebook posts, thereby revealing their geographic

12  locations at particular dates and times.  A particular user's profile page also includes a

13  "Wall," which is a space where the user and his or her "Friends" can post messages,

14  attachments, and links that will typically be visible to anyone who can view the user's

15  profile.

16       54.    Facebook has a Photos application, where users can upload an unlimited

17  number of albums and photos.  Another feature of the Photos application is the ability to

18  "tag" (i.e., label) other Facebook users in a photo or video.  When a user is tagged in a

19  photo or video, he or she receives a notification of the tag and a link to see the photo or

20  video.  For Facebook's purposes, the photos associated with a user's account will include

21  all photos uploaded by that user that have not been deleted, as well as all photos uploaded

22  by any user that have that user tagged in them.

23       55.    Facebook users can exchange private messages on Facebook with other

24  users.  These messages, which are similar to e-mail messages, are sent to the recipient's

25  "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well

26  as other information.  Facebook users can also post comments on the Facebook profiles

27  of other users or on their own profiles; such comments are typically associated with a

28  specific posting or item on the profile.  In addition, Facebook has a Chat feature that

AFFIDAVIT OF ANGELO SALCEPUEDES - 16
USAO No. 2019R00601

allows users to send and receive instant messages through Facebook. These chat communications are stored in the chat history for the account. Facebook also has a Video Calling feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

56.   If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

57.   Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

58.   Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

59.   Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

60.   Facebook Notes is a blogging feature available to Facebook users, and it enables users to write and post notes or personal web logs ("blogs"), or to import their blogs from other services, such as Xanga, LiveJournal, and Blogger.

61.   The Facebook Gifts feature allows users to send virtual "gifts" to their friends that appear as icons on the recipient's profile page. Gifts cost money to purchase, and a personalized message can be attached to each gift. Facebook users can also send each other "pokes," which are free and simply result in a notification to the recipient that he or she has been "poked" by the sender.

AFFIDAVIT OF ANGELO SALCEPUEDES - 17
USAO No. 2019R00601

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    62.    Facebook also has a Marketplace feature, which allows users to post free

2    classified ads.  Users can post items for sale, housing, jobs, and other items on the

3    Marketplace.

4    63.    In addition to the applications described above, Facebook also provides its

5    users with access to thousands of other applications on the Facebook platform.  When a

6    Facebook user accesses or uses one of these applications, an update about that the user's

7    access or use of that application may appear on the user's profile page.

8    64.    Facebook pages are affiliated with groups of users, rather than one

9    individual user.  Membership in the group is monitored and regulated by the

10   administrator or head of the group, who can invite new members and reject or accept

11   requests by users to enter.  Facebook can identify all users who are currently registered to

12   a particular group and can identify the administrator and/or creator of the group.

13   Facebook uses the term "Group Contact Info" to describe the contact information for the

14   group's creator and/or administrator, as well as a PDF of the current status of the group

15   profile page.

16   65.    Facebook uses the term "Neoprint" to describe an expanded view of a given

17   user profile.  The "Neoprint" for a given user can include the following information from

18   the user's profile:  profile contact information; News Feed information; status updates;

19   links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists,

20   including the friends' Facebook user identification numbers; groups and networks of

21   which the user is a member, including the groups' Facebook group identification

22   numbers; future and past event postings; rejected "Friend" requests; comments; gifts;

23   pokes; tags; and information about the user's access and use of Facebook applications.

24   66.    Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP

25   address.  These logs may contain information about the actions taken by the user ID or IP

26   address on Facebook, including information about the type of action, the date and time of

27   the action, and the user ID and IP address associated with the action.  For example, if a

28

AFFIDAVIT OF ANGELO SALCEPUEDES - 18
USAO No. 2019R00601

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | user views a Facebook profile, that user's IP log would reflect the fact that the user
2 | viewed the profile, and would show when and from what IP address the user did so.

3 |     67.    Social networking providers like Facebook typically retain additional
4 | information about their users' accounts, such as information about the length of service
5 | (including start date), the types of service utilized, and the means and source of any
6 | payments associated with the service (including any credit card or bank account number).
7 | In some cases, Facebook users may communicate directly with Facebook about issues
8 | relating to their accounts, such as technical problems, billing inquiries, or complaints
9 | from other users.  Social networking providers like Facebook typically retain records
10 | about such communications, including records of contacts between the user and the
11 | provider's support services, as well as records of any actions taken by the provider or
12 | user as a result of the communications.

13 |     68.    Therefore, the computers of Facebook are likely to contain all the material
14 | described above, including stored electronic communications and information concerning
15 | subscribers and their use of Facebook, such as account access information, transaction
16 | information, and other account information.

17 |     69.    I anticipate executing this warrant under the Electronic Communications
18 | Privacy Act, in particular, Title 18, United States Code, Sections 2703(a), 2703(b)(1)(A)
19 | and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the
20 | government copies of the records and other information (including the content of
21 | communications) particularly described in Section I of Attachment B.  Upon receipt of
22 | the information described in Section I of Attachment B, government authorized persons
23 | will review that information to locate the items described in Section II of Attachment B.

24 | **CONCLUSION**

25 |     70.    For the foregoing reasons, there is probable cause to believe that NOEL has
26 | committed the crimes of being a Felon in Possession of a Firearm, in violation of Title
27 | 18, United States Code, Section 922(g)(1); Distributing and Possessing with Intent to
28 | Distribute Controlled Substances, and Conspiracy to do the same, in violation of Title 21,

AFFIDAVIT OF ANGELO SALCEPUEDES - 19
USAO No. 2019R00601

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

United States Code, Sections 841(a)(1) and 846; and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of Title 18, United States Code, Section 924(c), and that evidence of these crimes will be found in the **SUBJECT ACCOUNT**.

Angelo Salcepuedes, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

SUBSCRIBED and SWORN before me this 10th day of October, 2019.

HON. MARY ALICE THEILER
United States Magistrate Judge

AFFIDAVIT OF ANGELO SALCEPUEDES - 20
USAO No. 2019R00601

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ATTACHMENT A

### (Account To Be Searched)

This warrant applies to information associated with the following **SUBJECT ACCOUNT** that is stored at a premises owned, maintained, controlled, or operated by Facebook, a social networking company headquartered in Menlo Park, California, including, but not limited to, any data that is being preserved pursuant to a preservation letter.

**SUBJECT ACCOUNT**:

Facebook Profile Name:     Liam Groot

Facebook User Profile:     stevienoel3

Facebook User ID No.:     100022615093853

Attachment A
USAO 2019R00601

## ATTACHMENT B

### (Records To Be Searched and Seized)

**I.      Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for the **SUBJECT ACCOUNT** identified in Attachment A:

(a)      All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b)      All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

(c)      All Photoprints, including all photos uploaded by that user ID and all photos uploaded by any user that have that user tagged in them;

(d)      All Neoprints, including profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e)      All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending

Attachment B
USAO #2019R00601

"Friend" requests;

    (f)    All "check ins" and other location information;

    (g)    All IP logs, including all records of the IP addresses that logged into the account;

    (h)    All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked;"

    (i)    All information about the Facebook pages that the account is or was a "fan" of;

    (j)    All past and present lists of friends created by the account;

    (k)    All records of Facebook searches performed by the account;

    (l)    All information about the user's access and use of Facebook Marketplace;

    (m)    The length of service (including start date), the types of service utilized by the user, and the means and source of any payments associated with the service (including any credit card or bank account number);

    (n)    All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

    (o)    All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

## II.    Information to be seized by the government

All information described above in Section I that constitutes evidence, fruits and instrumentalities of violations of Title 18, United States Code, Section 922(g)(1) (Felon in Possession of a Firearm); Title 21, United States Code, Sections 841(a)(1) and 846 (Possession with Intent to Distribute Controlled Substances, Distribution of Controlled Substances, and Conspiracy to Distribute Controlled Substances), and Title 18, United

Attachment B
USAO #2019R00601

States Code, Section 924(c), including, for the **SUBJECT ACCOUNT** identified in

Attachment A, information pertaining to the following matters:

    (a)    Any content, including phone numbers, e-mails, messages, postings, photographs, documents, address lists, contact lists, or communications of any type, which could be used to identify the user of the account;

    (b)    Records relating to who created, used, or communicated with the user ID or username, including records about their identities and whereabouts;

    (c)    All subscriber records associated with the specified accounts that tend to identify the creator and/or user of the account, including name, address, length of service (including start date) and types of service utilized, telephone or instrument number or other subscriber number or identity, including any temporarily assigned network address, and means and source of payment for such service including any credit card or bank number;

    (d)    Any records of communications between Facebook and any person about issues related to the account, such as technical problems, billing inquiries, or complaints from other users about the specified account, including records of contacts between the subscriber and the provider's support services, as well as records of any actions taken by the provider or subscriber as a result of the communication; and

    (e)    Any and all postings, Wall Posts, private messages, status updates, chat history, friend requests, photographs, graphics, or other information regarding controlled substances or firearms.

Attachment B
USAO #2019R00601